IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRIENDS OF ANIMALS**,<br><br>        Plaintiff,<br><br>    v.<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>        Defendant. | Case No. 2:16-cv-1670-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's OPINION and ORDER dated August 9, 2018,

IT IS ADJUDGED that this matter is REMANDED to the agency for further proceedings consistent with the Court's Opinion and Order dated August 9, 2018, and the Court's Opinion and Order dated April 2, 2018.

**IT IS SO ORDERED**.

DATED this 9th day of August, 2018.

                                                    */s/ Michael H. Simon*
                                                    Michael H. Simon
                                                    United States District Judge

PAGE 1 – JUDGMENT