R. SCOTT JERGER, Oregon Bar No. 023377
Field Jerger LLP
American Bank Building
621 SW Morrison Street, Suite 510
Portland, OR 97205
scott@fieldjerger.com
(503) 228 -9115

MICHAEL RAY HARRIS, Colorado Bar No. 35395 (*pro hac vice*)
Friend of Animals
Western Region Office
7500 E. Arapahoe Rd., Suite 385
michaelharris@friendsofanimal.org
(720) 949-7791

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | Case No. 2:16-cv-01670-SI |
| Plaintiff, | |
| v. | ORDER |
| U.S. Bureau of Land Management, | |
| Defendant. | |

Pursuant to the Joint Stipulation between Plaintiff and Federal Defendant to resolve Plaintiff's claims for attorneys' fees [ECF No. 86], the Joint Stipulation is hereby APPROVED. Plaintiff's motion for attorneys' fees [ECF No. 77] is hereby denied as moot.

IT IS SO ORDERED.

Date: March 20, 2019

Hon. Michael H. Simon
U.S. District Judge